**United States District Court**
For the Northern District of California

*E-FILED - 4/21/11*

1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FRANCISCO J. MEDINA,                          No. C 10-3610 RMW (PR)

12           Plaintiff,                            ORDER GRANTING PLAINTIFF'S
                                                   MOTIONS FOR EXTENSION OF TIME TO
13     v.                                          FILE OPPOSITION; ORDER DENYING
                                                   APPOINTMENT OF COUNSEL
14   ROBERT A. HOREL, Warden, et al.,

15           Defendants.
                                        /          (Docket Nos. 28, 30 and 38)
16

17          Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42

18   U.S.C. § 1983.  Before the Court are plaintiff's motions for extension of time to file his opposition to

19   defendants' motion for summary judgment and his motion for appointment of counsel.

20          Plaintiff's motions for extension of time to file his opposition to defendants' dispositive

21   motion are GRANTED.  Plaintiff shall file his opposition no later than by **June 29, 2011**.

22   Defendants' reply brief is due no later than **fifteen (15) days** after the date plaintiff's opposition is

23   filed.

24          Plaintiff's motion for appointment of counsel (docket no. 30) is DENIED for want of

25   exceptional circumstances.  See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also

26   Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to

27   counsel in a civil case).  The issues in this case are not particularly complex and plaintiff has thus far

28   been able to adequately present his claims.  This denial is without prejudice to the court's sua sponte

Order Granting Plaintiff's Motions for Extension of Time to File Opposition; Order Denying Appointment of Counsel
P:\PRO-SE\SJ.Rmw\CR.10\Medina610eot-atty.wpd

1    appointment of counsel.

2          This order terminates docket nos. 28, 30 and 38.

3          IT IS SO ORDERED.

4    DATED:  _____4/21/11_____            

5                                           RONALD M. WHYTE
                                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order Granting Plaintiff's Motions for Extension of Time to File Opposition; Order Denying Appointment of Counsel
P:\PRO-SE\SJ.Rmw\CR.10\Medina610eot-atty.wpd