UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANCISCO J. MEDINA, | No. 5:10-CV-3610 RMW (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| DR. CLAIRE WILLIAMS, M.D., et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of FRANCISCO J. MEDINA, inmate no. P-42343, presently in custody at California State Prison, Corcoran, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: June 8, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

//
//
//
//

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Connie Gipson, Warden, California State Prison, Corcoran

GREETINGS

WE COMMAND that you have and produce the body of FRANCISCO J. MEDINA, inmate no. P-42343, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on July 11, 2012, at 1:00 p.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Medina v. Williams, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: June 8, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk 

Dated: June 8, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge



**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANCISCO J. MEDINA, | No. 5:10-CV-3610 RMW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| DR. CLAIRE WILLIAMS, M.D., | |
| et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on June 8, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Francisco J Medina
P-42343
Corcoran State Prison
4B-1L-01
PO Box 3481
Corcoran, CA 93212

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3