**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7          EUREKA DIVISION
8
9   FRANCISCO J. MEDINA,                          No. 5:10-CV-3610 RMW (NJV)
10              Plaintiff,                         ORDER AND WRIT OF HABEAS CORPUS
            v.                                     AD TESTIFICANDUM
11
12
13
    DR. CLAIRE WILLIAMS, M.D.,
14  et al.,
15              Defendants.
    _____/
16
17
18        It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum
19  for the person of FRANCISCO J. MEDINA, inmate no. P-42343, presently in custody at California State
20  Prison, Corcoran, as the presence of said witness will be necessary at proceedings in the above-entitled
21  cause and thereafter as may be required.
22
23  Dated: June 8, 2012                      _____
                                             NANDOR J. VADAS
24                                           United States Magistrate Judge
25
    //
26
    //
27
    //
28
    //

**United States District Court**
For the Northern District of California

1    THE PRESIDENT OF THE UNITED STATES OF AMERICA

2    TO:    Connie Gipson, Warden, California State Prison, Corcoran

3    GREETINGS

4    WE COMMAND that you have and produce the body of  FRANCISCO J. MEDINA, inmate

5    no. P-42343, in your custody in the hereinabove-mentioned institution, before the United States District

6    Court  at  Solano State Prison on July 11, 2012, at 1:00 p.m. in order that said prisoner may then and

7    there participate in the SETTLEMENT CONFERENCE in the matter of Medina v. Williams, et al, and

8    at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or

9    abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of

10   said prisoner, and further  to produce said prisoner at all times necessary until the termination of the

11   proceedings for which his testimony is required in this Court;

12        Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

13   for the Northern District of California.

14

15   Dated: June 8, 2012

16                                                                RICHARD WIEKING
                                                                  CLERK, UNITED STATES DISTRICT COURT
17
                                                                  By: Linn Van Meter
18                                                                    Administrative Law Clerk

19

20

21
     Dated:  June 8, 2012
22                                                                NANDOR
                                                                  United St
23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7          EUREKA DIVISION
8
9
10   FRANCISCO J. MEDINA,                    No. 5:10-CV-3610 RMW (NJV)
11          Plaintiff,
12       v.                                  CERTIFICATE OF SERVICE
13   DR. CLAIRE WILLIAMS, M.D.,
14   et al.,
15          Defendants.
16   _____/
17
18       I, the undersigned, hereby certify that on June 8, 2012, I SERVED a true and correct copy of the
19   attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by
20   depositing said envelope in the U.S. Mail.
21
22   Francisco J Medina
     P-42343
23   Corcoran State Prison
     4B-1L-01
24   PO Box 3481
     Corcoran, CA 93212
25
26
27                                        /s/ Linn Van Meter
                                          _____
28                                          Linn Van Meter
                                            Administrative Law Clerk to
                                            the Honorable Nandor J. Vadas

3