UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANCISCO J. MEDINA, | No. 5:10-CV-3610 RMW (NJV) |
| Plaintiff, | |
| v. | CLERK'S NOTICE |
| DR. CLAIRE WILLIAMS, M.D., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to Plaintiff's unavailability on July 3, 2012, the telephonic status conference in this case is HEREBY RESCHEDULED for July 5, 2012, at 11:15 a.m.

IT IS SO ORDERED.

Dated: July 3, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

FRANCISCO J. MEDINA,            No. 5:10-CV-3610 RMW (NJV)

    Plaintiff,

  v.            CERTIFICATE OF SERVICE

DR. CLAIRE WILLIAMS, M.D.,

et al.,

    Defendants.

_____/

    I, the undersigned, hereby certify that on July 3, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Francisco J Medina
P-42343
Corcoran State Prison
4B-1L-01
PO Box 3481
Corcoran, CA 93212

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas