UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANCISCO J. MEDINA, | No. 5:10-CV-3610 RMW (NJV) |
| Plaintiff, | |
| v. | CLERK'S NOTICE |
| DR. CLAIRE WILLIAMS, M.D., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to Plaintiff's unavailability on July 3, 2012, the telephonic status conference in this case is HEREBY RESCHEDULED for July 5, 2012, at 11:15 a.m.

IT IS SO ORDERED.

Dated: July 3, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. CLAIRE WILLIAMS, M.D.,<br><br>et al.,<br><br>    Defendants.<br>_____/ | No. 5:10-CV-3610 RMW (NJV)<br><br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that on July 3, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Francisco J Medina  
P-42343  
Corcoran State Prison  
4B-1L-01  
PO Box 3481  
Corcoran, CA 93212

/s/ Linn Van Meter  
_____  
Linn Van Meter  
Administrative Law Clerk to  
the Honorable Nandor J. Vadas

2