**E-FILED on 8/9/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA, | No. C 10-3610 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| | (Docket No. 89) |
| DR. CLAIRE WILLIAMS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed a pro se prisoner complaint under 42 U.S.C. § 1983, arguing that defendants were deliberately indifferent to his serious medical needs, in violation of the Eighth Amendment. On March 30, 2012, the court granted in part, and denied defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. On July 18, 2012, Magistrate Judge Vadas reported that the case did not settle.

Plaintiff has moved for appointment of counsel. It appears that the case will be tried. The court concludes that counsel should be appointed, and grants plaintiff's motion. This matter is referred to the Federal Pro Bono Project to find counsel.

The clerk shall forward to the Federal Pro Bono Project: (i) a copy of this order, (ii) a copy of the docket sheet, and (iii) a copy of the operative complaint and relevant court orders.

Order Granting Plaintiff's Motion for Appointment of Counsel
G:\PRO-SE\SJ.Rmw\CR.10\Medina610refprobono.wpd

1  Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel
2  for plaintiff in this matter until further order of the court.  All proceedings in this action are
3  stayed until four weeks from the date an attorney is appointed to represent plaintiff.

4   IT IS SO ORDERED.
5  DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
6  United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA, | Case Number: CV10-03610 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DR. CLAIRE WILLIAMS MD et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco J Medina
P-42343
Solano State Prison
B10-121
PO Box 4000
Vacaville, CA 95696

Dated: August 9, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk