IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO J. MEDINA, | ) | No. C 10-3610 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER APPOINTING PRO BONO COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| DR. CLAIRE WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     Plaintiff, a state prisoner, filed a pro se prisoner complaint under 42 U.S.C. § 1983, arguing that defendants were deliberately indifferent to his serious medical needs, in violation of the Eighth Amendment. On March 30, 2012, the court granted in part and denied in part defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. After settlement proceedings proved unsuccessful, the court granted plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

     The VLSP has informed the court that Laura E. Vartain Horn of the Latham & Watkins LLP law firm, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, (415) 646-7864, has agreed to serve as appointed pro bono counsel for plaintiff. Thus, Laura E. Vartain Horn is hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's

Order Granting Plaintiff's Motion for Appointment of Counsel
G:\PRO-SE\SJ.Rmw\CR.10\Medina610apptatty.wpd

1  Federal Pro Bono Project guidelines.  The scope of this referral shall be for all purposes for the
2  duration of the case.
3       The clerk shall set this matter for a case management conference within 90 days of the
4  filing date of this order.
5       Docket number 94 is terminated as moot.
6       IT IS SO ORDERED.
7  DATED: _____                    /s/ Ronald M. Whyte
                                         RONALD M. WHYTE
8                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA, | Case Number: CV10-03610 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DR. CLAIRE WILLIAMS MD et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco J Medina
P-42343
4B-4R-03
Corcoran State Prison
4001 King Avenue
PO Box 3481
Corcoran, CA 93212

Dated: October 12, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk