1  LATHAM & WATKINS LLP
2     Timothy P. Crudo (Bar No. 143835)
   Laura Vartain Horn (Bar No. 258485)
3     Evangeline A.Z. Burbidge (Bar No. 266966)
505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
Email:   timothy.crudo@lw.com
6  Email:   laura.vartain.horn@lw.com
Email:   evangeline.burbidge@lw.com
7
Attorneys for Plaintiff
8  FRANCISCO J. MEDINA

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 FRANCISCO J. MEDINA,                              CASE NO. C 10-03610 RMW

14          Plaintiff,                              **STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

15    v.

16 DR. CLAIRE WILLIAMS,

17          Defendants.

18

19      WHEREAS a Case Management Conference in the above-captioned action is currently

20 scheduled for January 11, 2013, at 10:30 a.m., and

21      WHEREAS Plaintiff's counsel is scheduled to be out of the country on January 11, 2013,

22 and

23      WHEREAS counsel for Defendants has agreed to such rescheduling.

24      IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their

25 respective counsel of record, that the Case Management Conference in this action shall be

26 continued to January 25, 2013 at 10:30 a.m.  The parties shall file a Joint Case Management

27

28

1  Statement on or before January 18, 2013.¹

3  Dated:  November 20, 2012              Respectfully submitted,

                                          LATHAM & WATKINS LLP

6                                         By /s/ Laura Vartain Horn
                                             Laura Vartain Horn
                                             Attorneys for Plaintiff
                                             FRANCISCO J. MEDINA

9  Dated:  November 20, 2012

                                          CALIFORNIA DEPARTMENT OF JUSTICE
                                          OFFICE OF THE ATTORNEY GENERAL

12                                        By /s/ Marisa Y. Kirschenbauer
                                             Marisa Y. Kirschenbauer
                                             Attorneys for Defendants
                                             DR. CLAIRE WILLIAMS, JOHN W.
                                             CULTON, M.D., AND MICHAEL C.
                                             SAYRE, M.D.

16      IT IS SO ORDERED.

                                          /s/ Ronald M. Whyte
18  Dated:  F gego dgt '9, 2012           _____
                                             HONORABLE RONALD M. WHYTE
                                             United States District Court Judge

---

¹ In their Joint Statement, the parties will ask the Court to clarify whether the March 30, 2012 Order Granting in Part, Denying in Part, Defendants' Motion for Summary Judgment dismissed Defendants Sayre and Culton.  The docket indicates that Sayre and Culton remain as parties, but the Order is unclear regarding their dismissal.

## **ATTESTATION CLAUSE**

I, Laura Vartain Horn, hereby attest in accordance with General Order No. 45(X)(B) that Marisa Y. Kirschenbauer, counsel for Defendants Dr. Claire Williams, John W. Culton, M.D., and Michael C. Sayre, M.D., has provided her concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.**

Dated: November 20, 2012

By /s/ Laura Vartain Horn
Laura Vartain Horn