LATHAM & WATKINS LLP
  Timothy P. Crudo (Bar No. 143835)
  Laura Vartain Horn (Bar No. 258485)
  Evangeline A.Z. Burbidge (Bar No. 266966)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   timothy.crudo@lw.com
Email:   laura.vartain.horn@lw.com
Email:   evangeline.burbidge@lw.com

Attorneys for Plaintiff
FRANCISCO J. MEDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>            Plaintiff,<br><br>     v.<br><br>DR. CLAIRE WILLIAMS,<br><br>            Defendants. | CASE NO. C 10-03610 RMW<br><br>**STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS a Case Management Conference in the above-captioned action is currently scheduled for January 11, 2013, at 10:30 a.m., and

WHEREAS Plaintiff's counsel is scheduled to be out of the country on January 11, 2013, and

WHEREAS counsel for Defendants has agreed to such rescheduling.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their respective counsel of record, that the Case Management Conference in this action shall be continued to January 25, 2013 at 10:30 a.m.  The parties shall file a Joint Case Management

1  Statement on or before January 18, 2013. [1]

3  Dated:  November 20, 2012                    Respectfully submitted,

4                                               LATHAM & WATKINS LLP

6                                               By /s/ Laura Vartain Horn
                                                   Laura Vartain Horn
                                                   Attorneys for Plaintiff
7                                                  FRANCISCO J. MEDINA

9  Dated:  November 20, 2012

10                                              CALIFORNIA DEPARTMENT OF JUSTICE
                                                OFFICE OF THE ATTORNEY GENERAL

12                                              By /s/ Marisa Y. Kirschenbauer
                                                   Marisa Y. Kirschenbauer
13                                                 Attorneys for Defendants
                                                   DR. CLAIRE WILLIAMS, JOHN W.
14                                                 CULTON, M.D., AND MICHAEL C.
                                                   SAYRE, M.D.

16         IT IS SO ORDERED.

18  Dated:  F gego dgt '9, 2012
                                                 _____
19                                                HONORABLE RONALD M. WHYTE
                                                  United States District Court Judge

---

[1] In their Joint Statement, the parties will ask the Court to clarify whether the March 30, 2012 Order Granting in Part, Denying in Part, Defendants' Motion for Summary Judgment dismissed Defendants Sayre and Culton.  The docket indicates that Sayre and Culton remain as parties, but the Order is unclear regarding their dismissal.

**ATTESTATION CLAUSE**

I, Laura Vartain Horn, hereby attest in accordance with General Order No. 45(X)(B) that Marisa Y. Kirschenbauer, counsel for Defendants Dr. Claire Williams, John W. Culton, M.D., and Michael C. Sayre, M.D., has provided her concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.**

Dated:  November 20, 2012

By /s/ Laura Vartain Horn
Laura Vartain Horn