UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>         Plaintiff,<br><br>v.<br><br>DR. CLAIRE WILLIAMS, et al.,<br><br>         Defendants. | Case No. C-10-03610-RMW<br><br>**ORDER RE PLAINTIFF'S MARCH 18, 2013 LETTER** |

By a letter dated March 18, 2013, plaintiff requested permission to file a supplemental memorandum and/or a motion to strike. The court has considered the declaration of Dr. Sayre. It hereby grants plaintiff permission to file a supplemental memorandum of no more than five pages addressing Dr. Sayre's declaration. The court denies the application to file a motion to strike. The court believes that further evidence by Dr. Sayre and any responsive declaration by or on behalf of plaintiff will clarify Dr. Sayre's involvement. Plaintiff must file any supplemental memorandum and supporting papers on or before April 25, 2013.

Dated: March 25, 2013

_____
RONALD M. WHYTE
United States District Judge

ORDER
CASE NO. C-10-03610-RMW
SW
- 1 -