| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Timothy P. Crudo (Bar No. 143835) |
| 2 |    Evangeline A.Z. Burbidge (Bar No. 266966) |
| |    Christina E. Namikas (Bar No. 288521) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-6538 |
| 4 | Telephone: +1.415.391.0600 |
| | Facsimile: +1.415.395.8095 |
| 5 | Email: timothy.crudo@lw.com |
| | Email: evangeline.burbidge@lw.com |
| 6 | Email: christina.namikas@lw.com |
| 7 | Attorneys for Plaintiff |
| | FRANCISCO J. MEDINA |
| 8 | |
| 9 | KAMALA D. HARRIS |
| | Attorney General of California |
| 10 | DANIELLE F. O'BANNON |
| | Supervising Deputy Attorney General |
| 11 | MARISA Y. KIRSCHENBAUER |
| | Deputy Attorney General |
| 12 | SARA D. VAN LOH (Bar No. 264704) |
| | Deputy Attorney General |
| 13 | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA 94102-7004 |
| 14 | Telephone: (415) 703-1660 |
| | Fax: (415) 703-5843 |
| 15 | E-mail: Sara.VanLoh@doj.ca.gov |
| 16 | Attorneys for Defendants |
| | C. WILLIAMS AND M. SAYRE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA, | CASE NO. C 10-03610 RMW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO SUBMIT PLAINTIFF'S REPLY REGARDING DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF DEFENDANT SAYRE** |
| v. | |
| DR. CLAIRE WILLIAMS, et. al., | |
| Defendants. | |
| | Trial Date: March 17, 2014 |
| | Judge:    Honorable Ronald M. Whyte |

1     **WHEREAS**, an initial Federal Rule of Civil Procedure Rule 26(f) Case Management Conference was held on January 25, 2013;

    **WHEREAS**, at this conference the Honorable Ronald M. Whyte requested supplemental summary judgment briefing from the parties regarding the issue of Defendant Sayre's status as a party to this suit;

    **WHEREAS**, Plaintiff timely submitted his Supplemental Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment on February 22, 2013;

    **WHEREAS**, Defendants timely submitted their Supplemental Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment and an accompanying Declaration of Defendant Sayre on March 15, 2013;

    **WHEREAS**, in light of the additional declaration from Defendant Sayre, Plaintiff requested the Court's permission to file a response to Defendants' Supplemental Memorandum or to file a Motion to Strike the supplemental declaration;

    **WHEREAS**, on March 25, 2013, Judge Whyte granted Plaintiff's request to file a supplemental memorandum addressing Defendant Sayre's declaration, to be filed on or before April 25, 2013;

    **WHEREAS**, in preparing this response, Plaintiffs' counsel anticipates including a declaration from Plaintiff, who is housed in Corcoran State Prison;

    **WHEREAS**, Plaintiff is currently not permitted to place telephone calls or access a computer, and can communicate with Plaintiff's counsel only through handwritten letters;

    **WHEREAS**, there exists a significant time lag in communications between Plaintiff and Plaintiff's counsel, creating a delay in exchanging communications regarding Plaintiff's supplemental memorandum and in obtaining supporting papers;

    **THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

    Plaintiff's supplemental briefing shall be filed on or before May 16, 2013, or a subsequent date convenient to the Court.

| | |
|---|---|
| 1 | It is so stipulated. |
| 2 | Dated: April 18, 2013 |

Respectfully submitted,

LATHAM & WATKINS LLP
    Timothy P. Crudo
    Evangeline A.Z. Burbidge
    Christina E. Namikas

By _/s/ Evangeline A.Z. Burbidge_
Evangeline A.Z. Burbidge
Attorneys for Plaintiff
FRANCISCO J. MEDINA

Dated: April 18, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

By _/s/ Sara D. Van Loh_
Sara D. Van Loh
Attorneys for Defendants
C. WILLIAMS AND M. SAYRE

**[PROPOSED] ORDER**

Having considered the parties' stipulation, and good cause appearing therefrom, the Court orders as follows:

The parties' stipulation permitting Plaintiff to submit his supplemental memorandum on or before May 16, 2013 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Court Judge