LATHAM & WATKINS LLP
   Timothy P. Crudo (Bar No. 143835)
   Evangeline A.Z. Burbidge (Bar No. 266966)
   Christina E. Namikas (Bar No. 288521)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: timothy.crudo@lw.com
Email: evangeline.burbidge@lw.com
Email: christina.namikas@lw.com

Attorneys for Plaintiff
FRANCISCO J. MEDINA

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
SARA D. VAN LOH (Bar No. 264704)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-1660
Fax: (415) 703-5843
E-mail: Sara.VanLoh@doj.ca.gov

Attorneys for Defendants
C. WILLIAMS AND M. SAYRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>    Plaintiff,<br><br>v.<br><br>DR. CLAIRE WILLIAMS, et. al.,<br><br>    Defendants. | CASE NO. C 10-03610 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO SUBMIT PLAINTIFF'S REPLY REGARDING DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF DEFENDANT SAYRE**<br><br>Trial Date: March 17, 2014<br>Judge:    Honorable Ronald M. Whyte |

1     **WHEREAS**, an initial Federal Rule of Civil Procedure Rule 26(f) Case Management
2 Conference was held on January 25, 2013;

3     **WHEREAS**, at this conference the Honorable Ronald M. Whyte requested
4 supplemental summary judgment briefing from the parties regarding the issue of Defendant
5 Sayre's status as a party to this suit;

6     **WHEREAS**, Plaintiff timely submitted his Supplemental Memorandum of Points and
7 Authorities in Opposition to Defendants' Motion for Summary Judgment on February 22,
8 2013;

9     **WHEREAS**, Defendants timely submitted their Supplemental Memorandum of Points
10 and Authorities in Support of Defendants' Motion for Summary Judgment and an
11 accompanying Declaration of Defendant Sayre on March 15, 2013;

12     **WHEREAS**, in light of the additional declaration from Defendant Sayre, Plaintiff
13 requested the Court's permission to file a response to Defendants' Supplemental Memorandum
14 or to file a Motion to Strike the supplemental declaration;

15     **WHEREAS**, on March 25, 2013, Judge Whyte granted Plaintiff's request to file a
16 supplemental memorandum addressing Defendant Sayre's declaration, to be filed on or before
17 April 25, 2013;

18     **WHEREAS**, in preparing this response, Plaintiffs' counsel anticipates including a
19 declaration from Plaintiff, who is housed in Corcoran State Prison;

20     **WHEREAS**, Plaintiff is currently not permitted to place telephone calls or access a
21 computer, and can communicate with Plaintiff's counsel only through handwritten letters;

22     **WHEREAS**, there exists a significant time lag in communications between Plaintiff
23 and Plaintiff's counsel, creating a delay in exchanging communications regarding Plaintiff's
24 supplemental memorandum and in obtaining supporting papers;

25     **THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF**
26 **RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

27     Plaintiff's supplemental briefing shall be filed on or before May 16, 2013, or a
28 subsequent date convenient to the Court.

LATHAM&WATKINS<sup>LLP</sup>  
ATTORNEYS AT LAW  
SAN FRANCISCO

1     STIPULATION AND [~~PROPOSED~~] ORDER  
REGARDING REQUEST FOR ADDITIONAL TIME

1 | It is so stipulated.
2 | Dated: April 18, 2013

Respectfully submitted,

LATHAM & WATKINS LLP
   Timothy P. Crudo
   Evangeline A.Z. Burbidge
   Christina E. Namikas


By _/s/ Evangeline A.Z. Burbidge_____
   Evangeline A.Z. Burbidge
   Attorneys for Plaintiff
   FRANCISCO J. MEDINA


10 | Dated: April 18, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California


By _/s/ Sara D. Van Loh_____
   Sara D. Van Loh
   Attorneys for Defendants
   C. WILLIAMS AND M. SAYRE

# [~~PROPOSED~~] ORDER

Having considered the parties' stipulation, and good cause appearing therefrom, the Court orders as follows:

The parties' stipulation permitting Plaintiff to submit his supplemental memorandum on or before May 16, 2013 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge