LATHAM & WATKINS LLP
 Timothy P. Crudo (Bar No. 143835)
 Evangeline A.Z. Burbidge (Bar No. 266966)
 Christina E. Namikas (Bar No. 288521)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: timothy.crudo@lw.com
Email: evangeline.burbidge@lw.com
Email: christina.namikas@lw.com

Attorneys for Plaintiff
FRANCISCO J. MEDINA

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
SARA D. VAN LOH (Bar No. 264704)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-1660
Fax: (415) 703-5843
E-mail: Sara.VanLoh@doj.ca.gov

Attorneys for Defendants
C. WILLIAMS AND M. SAYRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>              Plaintiff,<br><br>     v.<br><br>DR. CLAIRE WILLIAMS, et. al.,<br><br>              Defendants. | CASE NO. C 10-03610 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES**<br><br>Trial Date: March 17, 2014<br>Judge:      Honorable Ronald M. Whyte |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

1   **WHEREAS**, an initial Federal Rule of Civil Procedure Rule 26(f) Case Management
2   Conference was held on January 25, 2013;
3   **WHEREAS**, this Court issued a Case Management Scheduling Order on March 18,
4   2013, in which it set forth deadlines with respect to discovery, dispositive motions, pretrial
5   conference, and trial;
6   **WHEREAS**, that Order directed the parties to exchange initial disclosures pursuant to
7   Federal Rule of Civil Procedure 26 on or before 14 days after the Court issued an order regarding
8   the status of Defendant Sayre as a party to this suit;
9   **WHEREAS**, the status of Defendant Sayre remains undetermined;
10  **WHEREAS**, discovery has remained stayed pending the Court's ruling on Defendant
11  Sayre;
12  **WHEREAS**, the current deadlines with respect to discovery, dispositive motions, pretrial
13  conference, and trial, are no longer feasible in light of the continuing stay of discovery and the
14  unresolved status of Defendant Sayre, and;
15  **WHEREAS**, it is reasonable and appropriate under the circumstances to extend by
16  approximately 90 days the trial date and all related discovery deadlines in this matter.
17  **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties through
18  their respective attorneys of record that good cause exists to vacate the dates ordered in the
19  March 18, 2013 Case Management Scheduling Order and to set the following dates, subject to
20  the Court's availability:
21  - Fact Discovery Cut-Off: November 22, 2013;
22  - Expert Witness Disclosure and Reports: January 10, 2014;
23  - Rebuttal Expert Reports: February 10, 2014;
24  - Expert Discovery Cut-Off: March 10, 2014;
25  - Last Date to Hear Dispositive Motions: May 22, 2014;
26  - Trial Date: June 30, 2014.
27  Good cause exists for the modification to the schedule because discovery has not yet
28  commenced in this case and the remaining defendants are still undetermined.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

It is so stipulated.

Dated: July 19, 2013

Respectfully submitted,

LATHAM & WATKINS LLP
  Timothy P. Crudo
  Evangeline A.Z. Burbidge
  Christina E. Namikas

By _/s/ Evangeline A.Z. Burbidge_
Evangeline A.Z. Burbidge
Attorneys for Plaintiff
FRANCISCO J. MEDINA

Dated: July 19, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

By _/s/ Sara D. Van Loh_
Sara D. Van Loh
Attorneys for Defendants
C. WILLIAMS AND M. SAYRE

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

[~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause existing therefore, it is ordered that that dates ordered in the March 18, 2013 Case Management Scheduling Order are hereby VACATED in lieu of the following dates:

- Fact Discovery Cut-Off: November 22, 2013;
- Expert Witness Disclosure and Reports: January 10, 2014;
- Rebuttal Expert Reports: February 10, 2014;
- Expert Discovery Cut-Off: March 10, 2014;
- Last Date to Hear Dispositive Motions: May 22, 2014, and;
- Trial Date: June 30, 2014.

IT IS SO ORDERED.

Dated: _____    _____
                              Hon. Ronald M. Whyte
                              United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [~~PROPOSED~~] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW