LATHAM & WATKINS LLP
  Timothy P. Crudo (Bar No. 143835)
  Evangeline A.Z. Burbidge (Bar No. 266966)
  Christina E. Namikas (Bar No. 288521)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: timothy.crudo@lw.com
Email: evangeline.burbidge@lw.com
Email: christina.namikas@lw.com

Attorneys for Plaintiff
FRANCISCO J. MEDINA

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
SARA D. VAN LOH (Bar No. 264704)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-1660
Fax: (415) 703-5843
Email: Sara.VanLoh@doj.ca.gov

Attorneys for Defendants
C. WILLIAMS AND M. SAYRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. CLAIRE WILLIAMS, et. al.,<br><br>　　　　　Defendants. | CASE NO. C 10-03610 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES**<br><br>Trial Date: June 30, 2014<br>Judge:　　Honorable Ronald M. Whyte |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

1  WHEREAS, on January 25, 2013, the Court held an initial Federal Rule of Civil
2  Procedure Rule 26(f) Case Management Conference;
3  WHEREAS, on March 18, 2013, the Court issued a Case Management Scheduling
4  Order, in which it set forth deadlines with respect to discovery, dispositive motions, pretrial
5  conference, and trial;
6  WHEREAS, that Order directed the parties to exchange initial disclosures pursuant to
7  Federal Rule of Civil Procedure 26 on or before 14 days after the Court issued an order regarding
8  the status of Defendant Sayre as a party to this suit;
9  WHEREAS, on July 29, 2013, the Court vacated and modified the dates ordered in its
10 Case Management Scheduling Order pursuant to the parties stipulation and in light of the fact
11 that the status of Defendant Sayre remained undetermined, setting the cut-off date of fact
12 discovery at November 22, 2013;
13 WHEREAS, on September 30, 2013, the Court issued an Order Granting Defendants'
14 Motion for Summary Judgment as to Defendant Sayre, which effectively lifted the stay of
15 discovery;
16 WHEREAS, the deadlines with respect to discovery, dispositive motions, pretrial
17 conference, and trial set forth in the Court's July 29, 2013 Order are no longer feasible in light of
18 the time available to the parties to conduct discovery, and;
19 WHEREAS, it is reasonable and appropriate under the circumstances to extend by
20 approximately 120 days the trial date and all related discovery deadlines in this matter.
21 **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties through
22 their respective attorneys of record that good cause exists to vacate the dates ordered in the July
23 29, 2013 Order and to set the following dates, subject to the Court's availability:
24 • Exchange of Initial Disclosures: November 5, 2013;
25 • Fact Discovery Cut-Off: March 21, 2014;
26 • Expert Witness Disclosure and Reports: May 9, 2014;
27 • Rebuttal Expert Reports: June 9, 2014;
28 • Expert Discovery Cut-Off: July 14, 2014;

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

1  - Last Date to Hear Dispositive Motions: September 25, 2014;
2  - Trial Date: October 27, 2014.
3  Good cause exists for the modification to the schedule because the parties cannot
4  complete discovery before the current discovery cut-off.
5  It is so stipulated.

7  Dated: October __1__, 2013

Respectfully submitted,

LATHAM & WATKINS LLP
   Timothy P. Crudo
   Evangeline A.Z. Burbidge
   Christina E. Namikas

_____
Evangeline A.Z. Burbidge
Attorneys for Plaintiff
FRANCISCO J. MEDINA

16  Dated: October __1__, 2013

Respectfully submitted,

KAMALA D. HARRIS
   Attorney General of California

_____
Sara D. Van Loh
Attorneys for Defendants
C. WILLIAMS AND M. SAYRE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause existing therefore, it is ordered that the dates ordered in the July 29, 2013 Order are hereby VACATED in lieu of the following dates:

- Exchange of Initial Disclosures: November 5, 2013
- Fact Discovery Cut-Off: March 21, 2014;
- Expert Witness Disclosure and Reports: May 9, 2014;
- Rebuttal Expert Reports: June 9, 2014;
- Expert Discovery Cut-Off: July 14, 2014;
- Last Date to Hear Dispositive Motions: September 25, 2014; [FJ]
- Trial Date: October 27, 2014. [handwritten annotation]

IT IS SO ORDERED.

Dated: [10/10/13]

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

SF\5618956