UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAIRE WILLIAMS,<br><br>    Defendant. | Case No. 10-cv-03610-RMW (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on November 21, 2013 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff 's counsel Tim Crudo, Kathy Lee, and Christina Namikas

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General Sara Van Loh

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X ) The parties are unable to reach an agreement at this time.  A telephonic status
2   conference is scheduled for January 17, 2014 to schedule a further settlement conference.
3   **IT IS SO ORDERED.**
4   Dated: December 4, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge