UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO J MEDINA,

    Plaintiff,

  v.

CLAIRE WILLIAMS,

    Defendant.

Case No.  10-cv-03610-RMW   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on November 21, 2013 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X )  Plaintiff 's counsel Tim Crudo, Kathy Lee, and Christina Namikas

    (  )  Warden or warden's representative

    (X )  Office of the California Attorney General Sara Van Loh

    (  )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.  A telephonic status conference is scheduled for January 17, 2014 to schedule a further settlement conference.

**IT IS SO ORDERED.**

Dated: December 4, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge