United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

FRANCISCO J. MEDINA,

Plaintiff,

v.

DR. CLAIRE WILLIAMS, M.D., et al.,

Defendants.
_______________________________________/

No. 5:10-CV-3610 RMW (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of FRANCISCO J. MEDINA, inmate no. P-42343, presently in custody at California State Prison, Corcoran, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: January 23, 2014

___________________________
NANDOR J. VADAS
United States Magistrate Judge

//

//

//

//

United States District Court
For the Northern District of California

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, California State Prison, Corcoran

GREETINGS

WE COMMAND that you have and produce the body of FRANCISCO J. MEDINA, inmate no. P-42343, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue, San Francisco, Courtroom D, on February 26, 2014, at 10:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Medina v. Williams, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 23, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: January 23, 2014



United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

FRANCISCO J. MEDINA,
Plaintiff,
v.

DR. CLAIRE WILLIAMS, M.D., et al.,
Defendants.
_______________________________________/

No. 5:10-CV-3610 RMW (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 23, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
California State Prison, Corcoran
PO Box 8800
Corcoran, CA 93212

(by fax also)

/s/ Linn Van Meter
_______________________________
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas