LATHAM & WATKINS LLP
   Timothy P. Crudo (Bar No. 143835)
   Kathy H. Lee (Bar No. 260662)
   Evangeline A.Z. Burbidge (Bar No. 266966)
   Christina E. Namikas (Bar No. 288521)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: timothy.crudo@lw.com
Email: kathy.lee@lw.com
Email: evangeline.burbidge@lw.com
Email: christina.namikas@lw.com

Attorneys for Plaintiff
FRANCISCO J. MEDINA


KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
SARA D. VAN LOH (Bar No. 264704)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-1660
Fax: (415) 703-5843
Email: Sara.VanLoh@doj.ca.gov

Attorneys for Defendant
C. WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. CLAIRE WILLIAMS, et. al.,<br><br>        Defendants. | CASE NO. C 10-03610 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES**<br><br>Trial Date: October 27, 2014<br>Judge:    Honorable Ronald M. Whyte |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

     **WHEREAS**, on October 10, 2013, the Court issued an Order in which it adopted certain stipulated deadlines with respect to discovery, dispositive motions, pretrial conference, and trial;

     **WHEREAS**, the parties continue to participate in settlement conferences before Magistrate Judge Vadas and have extended certain discovery response deadlines in light of these settlement conferences;

     **WHEREAS**, the deadlines with respect to discovery, dispositive motions, pretrial conference, and trial set forth in the Court's October 10, 2013 Order are no longer feasible in light of the parties' continued discussion of settlement and the related extension of response deadlines;

     **WHEREAS**, it is reasonable and appropriate under the circumstances to extend by approximately 150 days the trial date and all related discovery deadlines in this matter.

     **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys of record that good cause exists to vacate the dates ordered in the October 10, 2013 Order and to set the following dates, subject to the Court's availability:

- Fact Discovery Cut-Off: August 22, 2014;
- Expert Witness Disclosure and Reports: October 10, 2014;
- Rebuttal Expert Reports: November 10, 2014;
- Expert Discovery Cut-Off: December 15, 2014;
- Dispositive Motions Due: January 16, 2014;
- Dispositive Motion Hearing Cut-Off: February 20, 2015;
- Pretrial Conference: March 19, 2015;
- Trial Date: March 30, 2015.

     Good cause exists for the modification to the schedule because the parties cannot complete discovery before the current discovery cut-off.

     It is so stipulated.

Dated: February 5, 2014

Respectfully submitted,

LATHAM & WATKINS LLP
    Timothy P. Crudo
    Kathy H. Lee
    Evangeline A.Z. Burbidge
    Christina E. Namikas

_____
Kathy H. Lee
Attorneys for Plaintiff
FRANCISCO J. MEDINA

Dated: February 4, 2014

Respectfully submitted,

KAMALA D. HARRIS
    Attorney General of California

_____
Sara D. Van Loh
Attorneys for Defendant
C. WILLIAMS

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

1 <u>[PROPOSED] ORDER</u>

2   Pursuant to stipulation, and good cause existing therefore, it is ordered that the dates
3 ordered in the October 10, 2013 Order are hereby VACATED in lieu of the following dates:
4 - Fact Discovery Cut-Off: August 22, 2014;
5 - Expert Witness Disclosure and Reports: October 10, 2014;
6 - Rebuttal Expert Reports: November 10, 2014;
7 - Expert Discovery Cut-Off: December 15, 2014;
8 - Dispositive Motions Due: January 16, 2014;
9 - Dispositive Motion Hearing Cut-Off: February 20, 2015;
10 - Pretrial Conference: March 19, 2015;
11 - Trial Date: March 30, 2015.
12 IT IS SO ORDERED.

15 Dated: ⏎ì⏎ì   *Ronald M. Whyte*
       Hon. Ronald M. Whyte

SF\5688552.3

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW