LATHAM & WATKINS LLP
   Jim L. Day (Bar No. 197158)
   Evangeline A.Z. Burbidge (Bar No. 266966)
   Christina E. Namikas (Bar No. 288521)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email:  james.day@lw.com
Email:  evangeline.burbidge@lw.com
Email:  christina.namikas@lw.com

Attorneys for Plaintiff
FRANCISCO J. MEDINA

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
JASON BURGESS (Bar No.238909)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-2980
Fax: (415) 703-5843
Email: Jason.Burgess@doj.ca.gov

Attorneys for Defendant
C. WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MEDINA, | CASE NO. C 10-03610 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES |
| v. | |
| DR. CLAIRE WILLIAMS, | Trial Date: March 30, 2015 |
| Defendants. | Judge:      Honorable Ronald M. Whyte |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

1     **WHEREAS**, the current fact discovery deadline is August 22, 2014;

2     **WHEREAS**, the parties have been engaged in mediation with Magistrate Judge Vadas

3  since June 14, 2013;

4     **WHEREAS**, a dispute has arisen between the parties in connection with mediation as to

5  whether the case has settled;

6     **WHEREAS**, the parties believe that further negotiation and mediation may lead to an

7  informal resolution of the dispute and potentially a final resolution of this case;

8     **WHEREAS**, the parties believe that extending the existing discovery deadline is

9  necessary to avoid unnecessary and distracting effort that may impede mediation efforts;

10     **WHEREAS**, moving the existing discovery deadline would impact the rest of the case

11  schedule requiring extension of other pretrial dates;

12     **WHEREAS**, the parties agree that this stipulation is designed to allow the parties

13  additional time to negotiate and mediate, and both parties agree that this stipulation does not

14  constitute a waiver of any argument regarding the underlying dispute.

15     **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties through

16  their respective attorneys of record that good cause exists to set the following dates, subject to

17  the Court's availability:

18     • Fact Discovery Cut-Off: November 20, 2014;

19     • Expert Witness Disclosure and Reports: January 8, 2015;

20     • Rebuttal Expert Reports: February 9, 2015;

21     • Expert Discovery Cut-Off: March 16, 2015;

22     • Dispositive Motions Due: April 17, 2015;

23     • Dispositive Motion Hearing Cut-Off: May 22, 2015;

24     • Pretrial Conference: June 18, 2015;

25     • Trial Date: June 29, 2015.

26     Good cause exists for the modification to the schedule because the current discovery

27  cutoff is too near in time to permit adequate time for the parties' informal negotiation toward a

28  resolution of this case.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW

1    It is so stipulated.

2

3

4    Dated: July 22, 2014                    Respectfully submitted,

5                                            LATHAM & WATKINS LLP

6

7

8                                            _____
                                             Evangeline A.Z. Burbidge
9                                            Attorneys for Plaintiff
                                             FRANCISCO J. MEDINA
10

11
     Dated: July 22, 2014                    Respectfully submitted,
12
                                             KAMALA D. HARRIS
13                                               Attorney General of California

14

15

16                                           _____
                                             Jason Burgess
17                                           Attorneys for Defendant
                                             C. WILLIAMS
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
                                             EXTEND CASE MANAGEMENT DEADLINES
                                             CASE NO. C 10-03610 RMW

1                             [PROPOSED] ORDER

2        Pursuant to stipulation, and good cause existing therefore, it is ordered that the following

3 dates are effective:

4       •   Fact Discovery Cut-Off:  November 20, 2014;

5       •   Expert Witness Disclosure and Reports:  January 8, 2015;

6       •   Rebuttal Expert Reports:  February 9, 2015;

7       •   Expert Discovery Cut-Off:  March 16, 2015;

8       •   Dispositive Motions Due:  April 17, 2015;

9       •   Dispositive Motion Hearing Cut-Off:  May 22, 2015;

10      •   Pretrial Conference:  June 18, 2015;

11      •   Trial Date:  June 29, 2015.

12 IT IS SO ORDERED.

13

14

15 Dated: _____

16                           Hon. Ronald M. Whyte

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM•WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 10-03610 RMW