1  KAMALA D. HARRIS
   Attorney General of California
2  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
3  SARA D. VAN LOH
   Deputy Attorney General
4  State Bar No. 264704
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 703-1660
6  Fax: (415) 703-5843
   E-mail: Sara.VanLoh@doj.ca.gov
7  *Attorneys for Defendant C. Williams*

8  LATHAM & WATKINS LLP
     James L. Day (Bar No. 197158)
9    Christina E. Namikas (Bar No. 288521)
   505 Montgomery Street, Suite 2000
10 San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
11 Facsimile: +1.415.395.8095
   Email: jim.day@lw.com
12 Email: christina.namikas@lw.com

13 Attorneys for Plaintiff
   FRANCISCO J. MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FRANCISCO J. MEDINA, | C 10-3610 RMW (NJV) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| DR. CLAIRE WILLIAMS, et al., | Judge: The Honorable Ronald M. Whyte |
| Defendants. | Action Filed: August 17, 2010 |

1

1   THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice
2   of the remaining defendant, C. Williams, from the above-captioned action under Federal Rule of
3   Civil Procedure 41(a). The parties will bear their own attorneys' fees and costs.

4

5   Dated: ~~September~~ November 3, 2014

6   *[signature]*
    James L. Day
    Attorney for Plaintiff Francisco J. Medina

7

8   Dated: September 22, 2014

9   *[signature]*
    Sara D. Van Loh, Deputy Attorney General
    Attorney for Defendant C. Williams

10

11   **IT IS SO ORDERED:**

12

13   Dated: _____

14   *[signature]*
    The Honorable Ronald M. Whyte
    United States District Judge

15

16

17   SF2011400077
    FINAL Stipulation and Dismissal.doc

18-28

# CERTIFICATE OF SERVICE

Case Name: **Francisco J. Medina v. Williams, et al.**
No. **C 10-3610 RMW (PR)**

I hereby certify that on <u>April 14, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE DISMISSAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 14, 2015</u>, at San Francisco, California.

| J. Mathis | /s/ J. Mathis |
|---|---|
| Declarant | Signature |

SF2011400077
41274368.doc